| 1. Person Reporting (Last name, First name, Middle initial) Elfvin, John T | 2. Court or Organization U.S.D.Ct., W.D.N.Y | 3. Date of Report 5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.D.J. (Sr.) | 5. ReportType (check appropriate type) <br> ○ Nomination Date <br> ○ Initial  ● Annual  ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 68 Court Street Buffalo, NY 14202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE . (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust under LW&T of Beatrice N. Pierce |
| 2. | Director | Allen F. Pierce Foundation |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE . (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Dupont 3.50 Pfd | B | Dividend | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Fleet Bk MMI - Jt. Acct. | A | Interest | M | T | | | | | |
| 4. Fleet Bk - Jt. Ckg. | A | Interest | K | T | | | | | |
| 5. Energy East - Cmn. | A | Dividend | J | T | | | | | |
| 6. Mfrs & Traders Tr - Svgs | A | Interest | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. AT&T Cmn | A | Dividend | J | T | | | | | |
| 10. Mechanicville NYC Sch. Dist. 5.00 | C | Interest | L | T | | | | | |
| 11. Bank of NY - Cmn. | E | Dividend | O | T | | | | | |
| 12. Barrister - Cmn. | | None | | | Sale | 8/31 | J | A | |
| 13. Bell South - Cmn. | B | Dividend | K | T | | | | | |
| 14. Chevron Texaco | D | Dividend | M | T | | | | | |
| 15. DTE Energy - Cmn | B | Dividend | K | T | | | | | |
| 16. Eastman Kodak - Cmn. | A | Dividend | L | T | | | | | |
| 17. Gen. Elec. - Cmn. | D | Dividend | O | T | | | | | |
| 18. IBM - Cmn | C | Dividend | O | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 $2,500 | C = $2,501 $5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001 $100,000 | G = $100,001 $1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 $50,000 | L = $50,001 $100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. International Paper - Cmn | A | Dividend | K | T | | | | | |
| 20. Mineola NY UnFree SD 5.00 | B | Interest | L | T | | | | | |
| 21. JP Morgan Chase - Cmn. | E | Dividend | N | T | | | | | |
| 22. Scudder Gr. & Inc. - Cmn. | A | Dividend | K | T | | | | | |
| 23. Sears Roebuck - Cmn. | A | Dividend | K | T | | | | | |
| 24. NYS Env. FACS Clean Wtr. & Drink 5.000 | B | Interest | L | T | | | | | |
| 25. Triboro Brdg. & Tunl. 5.000 | C | Interest | L | T | | | | | |
| 26. Whirlpool - Cmn. | B | Dividend | L | T | | | | | |
| 27. | | | | | | | | | |
| 28. Key Bank Savings | A | Interest | L | T | | | | | |
| 29. | | | | | | | | | |
| 30. Buffalo Water Fin. of 5.5 bond | B | Interest | K | T | Part. Redemp | 7/1 | J | A | |
| 31. Millbrook CSD 6.15 bond | B | Interest | | T | Redemption | 5/17 | L | A | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Metro Transp NYC 5.9 bond | B | Interest | | T | Redemption | 7/1 | K | A | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. NYS Med. Care (St. Peters) 5.375 bond | C | Interest | L | T | | | | | |
| 41. | | | | | | | | | |
| 42. Eastman Chemical | A | Dividend | K | T | | | | | |
| 43. | | | | | | | | | |
| 44. NYS DA Revs 5.5 bond | B | Interest | K | T | | | | | |
| 45. NYS Med. Care (St. Lukes) 5.625 bond | B | Interest | K | T | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. Allstate Corp. | A | Dividend | K | T | | | | | |
| 49. SBC Comm. | C | Dividend | L | T | | | | | |
| 50. Burlington & No SF | A | Dividend | K | T | | | | | |
| 51. E. Glenville FB 5.6 bond | C | Interest | L | T | | | | | |
| 52. Erie Co. 5.6 bond | C | Interest | L | T | | | | | |
| 53. Monroe Cty. Wtr. Auth. 5.25 bond | C | Interest | L | T | | | | | |
| 54. NYCMWF & Sur 5.375 bond | B | Interest | | T | Redemption | 6/15 | J | A | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. NYS Prof. Fin ag. HUD 4.85 bond | B | Interest | K | T | Part. Redemp | 5/3 | K | C | |
| 56. | | | | | | | | | |
| 57. N. Bellmore UfSd 5.625 bond | B | Interest | K | T | | | | | |
| 58. | | | | | | | | | |
| 59. Lucent - Cmn. | | None | J | T | | | | | |
| 60. NYS dorm (St. Univ. Fac.) 5.25 bond | C | Interest | L | T | | | | | |
| 61. NYS HFA - Rev - RFDG 5.75 bond | C | Interest | L | T | | | | | |
| 62. NYS MC - Fac - Fin gen. Hlth. 5.375 bond | B | Interest | | T | Redemption | 2/17 | L | C | |
| 63. NYS Thruway 5.25 bond | B | Interest | K | T | | | | | |
| 64. NYS Urban Dev. 5.25 bond | B | Interest | K | T | | | | | |
| 65. No. Hempstead So 5.00 bond | B | Interest | | T | Redemption | 2/3 | L | C | |
| 66. | | | | | | | | | |
| 67. Yonkers B/E 5.125 bond | B | Interest | K | T | | | | | |
| 68. Gallaher | D | Dividend | M | T | | | | | |
| 69. | | | | | | | | | |
| 70. NYS Dorm (Barnard) 5.25 bond | B | Interest | K | T | | | | | |
| 71. NYS Dorm (Cornell) 5.4 bond | B | Interest | K | T | | | | | |
| 72. NYS Dorm (Ment. Hlth.) 5.3 bond | C | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. NYS Dorm (Ment. Hlth.) 5.0 bond | C | Interest | L | T | | | | | |
| 74. NYS Dorm (St. Jos. Hosp.) 5.25 bond | B | Interest | K | T | | | | | |
| 75. NYS Loc. Gov't Asst. 5.32 bond | B | Interest | K | T | | | | | |
| 76. NYS Loc. Gov't Asst. 5.375 bond | C | Interest | L | T | | | | | |
| 77. NYS Thruway 5.0 bond | C | Interest | M | T | | | | | |
| 78. Syracuse 6.125 bond | C | Interest | | T | Redemption | 8/2 | L | A | |
| 79. Troy MAC 5.0 bond | B | Interest | K | T | | | | | |
| 80. Citigroup - Cmn. | D | Dividend | N | T | | | | | |
| 81. Connectiv - Cmn. | | None | | T | Merger | 12/31 | J | A | |
| 82. First Union - Wachovia | E | Dividend | O | T | | | | | |
| 83. Morgan Stanley DW | A | Dividend | K | T | | | | | |
| 84. Fortune Brands | C | Dividend | M | T | | | | | |
| 85. Albany Co. Airport 4.75 bond | B | Interest | L | T | | | | | |
| 86. Buffalo Mun. Water 4.625 | B | Interest | L | T | | | | | |
| 87. LI Power Authority 5.0 bond | A | Interest | K | T | | | | | |
| 88. Metro trans. Auth. 5.0 bond | B | Interest | K | T | | | | | |
| 89. NYS Dorm Auth. Res. Hosp. 4.75 bond | B | Interest | L | T | | | | | |
| 90. NYS Dorm Auth. (Vassar) 5.25 bond | C | Interest | L | T | | | | | |

| 1. Income/Gain Codes. (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. No. Colonie (KSD) 4.9 bond | C | Interest | L | T | | | | | |
| 92. Otsego Co. IDA 5.125 bond | C | Interest | L | T | | | | | |
| 93. Otsego Co. IDA 5.125 bond | C | Interest | L | T | | | | | |
| 94. Constellation Energy- Cmn. | B | Dividend | K | T | | | | | |
| 95. Exxon/Mobil - Cmn. | D | Dividend | O | T | | | | | |
| 96. Fleet Boston | A | Dividend | | | Merger | 4/06 | K | A | |
| 97. Nassau Co. 5.1 bond | C | Interest | L | T | | | | | |
| 98. NYS Com. Adv. 5.125 bond | C | Interest | L | T | | | | | |
| 99. NYS SER 5.00 bond | C | Interest | L | T | | | | | |
| 100. NYS Dorm (City Univ.) 5.00 bond | B | Interest | L | T | | | | | |
| 101. NYS Dorm (Ment. Hlth.) 5.00 bond | C | Interest | M | T | | | | | |
| 102. NYS Dorm (Mt. Sinai Med. Sch.) 5.00 bond | D | Interest | M | T | | | | | |
| 103. NYS Dorm (No. Shore Hosp.) 5.25 bond | C | Interest | L | T | | | | | |
| 104. NYS Dorm (Ment. Hlth.) 5.00 bond | C | Interest | M | T | | | | | |
| 105. NYS Thruway 5.00 bond | C | Interest | M | T | | | | | |
| 106. NY NY Ser D 5.25 | C | Interest | L | T | | | | | |
| 107. Clymer CSD 5.2 bond | B | Interest | K | T | | | | | |
| 108. Longwood CSD 5.0 bond | B | Interest | L | T | | | | | |



| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 5/12/2005 |

## VI. INVESTMENTS and TRUSTS -- income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. NYC Hlth. & Hosp. 5.0 bond | C | Interest | L | T | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. NYS Env. Facs 5.00 bond | C | Interest | L | T | | | | | |
| 113. NYS Energy (Lilco) 5.15 bond | D | Interest | M | T | | | | | |
| 114. NYS Thruway 5.00 bond | B | Interest | K | T | | | | | |
| 115. Yonkers 5.00 bond | C | Interest | L | T | | | | | |
| 116. Verizon - Cmn. | B | Dividend | L | T | | | | | |
| 117. Exelon - Cmn. | B | Dividend | L | T | | | | | |
| 118. Qwest Communications | | None | J | T | | | | | |
| 119. Dominion Resources - Cmn. | D | Dividend | M | T | | | | | |
| 120. AT&T Wireless | | None | | T | Sale | 10/29 | J | D | |
| 121. BP PLC (formerly ARCO) | C | Dividend | L | T | | | | | |
| 122. Long Island Power 4.75 | C | Interest | L | T | | | | | |
| 123. Peru CSD 4.625% | C | Interest | M | T | | | | | |
| 124. Albion CSC 5.00% | C | Interest | M | T | | | | | |
| 125. | | | | | | | | | |
| 126. New York NY Ser. G 5.0 | C | Interest | L | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 127. NYC Mun. Wtr. 5.375 | B | Interest | K | T | Part.<br>Rede p | 6/15 | K | B | |
| 128. | | | | | | | | | |
| 129. New York State 4.75% (11/1/23) | C | Interest | L | T | | | | | |
| 130. NY NYC Trans Fin Auth 5.000 | C | Interest | L | T | | | | | |
| 131. NYS Dorm Auth. (Fordham) 5.000 | C | Interest | M | T | | | | | |
| 132. NYS Dorm Auth. Rev. S/D Fing Ser A 5.00 | C | Interest | L | T | | | | | |
| 133. Comcast Corp. Cl. A. - Cmn. (PPE) | | None | K | T | | | | | |
| 134. Pepco Holdings Inc. - Cmn. | A | Dividend | J | T | | | | | |
| 135. Travelers Prop. Cas. Class A - Cmn. | A | Dividend | | | Merger | 4/12 | J | A | |
| 136. Travelers Prop. Cas. Class B - Cmn. | A | Dividend | | | Merger | 4/14 | J | A | |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. AT&T Cmn. | A | Dividend | J | T | | | | | |
| 140. BP - Amoco - Cmn. | C | Dividend | M | T | | | | | |
| 141. Bell South | A | Dividend | J | T | | | | | |
| 142. Dupont - Cmn. | B | Dividend | L | T | | | | | |
| 143. Fleet Money Mkt. | A | Interest | J | T | | | | | |
| 144. Fleet Svgs. | A | Interest | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P) = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 145. | | | | | | | | | |
| 146. Ford Mtr. - Cmn. | A | Dividend | J | T | | | | | |
| 147. Gen. Mtrs. - Cmn. | A | Dividend | J | T | | | | | |
| 148. Halliburton - Cmn. | A | Dividend | K | T | | | | | |
| 149. IBM - Cmn. | D | Dividend | O | T | | | | | |
| 150. Lockheed Martin - Cmn. | C | Dividend | M | T | | | | | |
| 151. Lucent Technologies- Cmn. | | None | J | T | | | | | |
| 152. Comcast Corp. Cl. A - Cmn. | | None | J | T | | | | | |
| 153. Raytheon - Cmn. | A | Dividend | J | T | | | | | |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. Monroe Co. PI 6.1 bond | A | Interest | | T | Redemption | 6/1 | K | A | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. NYS Dorm (Cornell) 5.4 bond | B | Interest | K | T | | | | | |
| 160. NYS Dorm (Ment. Hlth.) 5.0 bond | A | Interest | J | T | | | | | |
| 161. NYS Dorm (Vassar) 5.25 bond | A | Interest | J | T | | | | | |
| 162. | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. NYS Med. Care Fac. 4.9 bond | A | Interest | | T | Redemption | 2/17 | K | B | |
| 164. Verizon - Cmn. | A | Dividend | J | T | | | | | |
| 165. Delphi Auto - Cmn. | A | Dividend | J | T | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. LI Power Auth 5.0 bond | B | Interest | K | T | | | | | |
| 169. NYS Dorm (RIT) 5.3 bond | B | Interest | K | T | | | | | |
| 170. AT&T Wireless Services Inc. - Cmn | | None | | T | Sale | 10/27 | J | B | |
| 171. Foot Locker Inc. - Cmn. | A | Dividend | K | T | | | | | |
| 172. Evergreen Fund | A | Dividend | J | T | | | | | |
| 173. NYC Metropolitan 5.00 | B | Interest | K | T | | | | | |
| 174. Electronics Data Sys Corp. NEW - Cmn. | A | Dividend | J | T | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. Eastman Chemical - Cmn. | A | Dividend | K | T | | | | | |
| 178. Emerson Elec. - Cmn | A | Dividend | K | T | | | | | |
| 179. General Electric - Cmn. | D | Dividend | N | T | | | | | |
| 180. Gallaher Group - Cmn. | D | Dividend | N | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. Fortune Brands - Cmn. | D | Dividend | N | T | | | | | |
| 182. Eastman Kodak - Cmn. | A | Dividend | K | T | | | | | |
| 183. General Mtrs. - Cmn. | B | Dividend | K | T | | | | | |
| 184. Whirlpool - Cmn. | B | Dividend | L | T | | | | | |
| 185. IBM - Cmn. | C | Dividend | N | T | | | | | |
| 186. Lucent Technologies - Cmn. | | None | | T | Sale | 06/29 | J | B | |
| 187. NCR - Cmn. | A | Dividend | | T | Sale | 06/29 | J | B | |
| 188. Raytheon - Cmn. | A | Dividend | J | T | | | | | |
| 189. Bristol Myers - Cmn. | B | Dividend | K | T | | | | | |
| 190. Comcast (BNP Trust) | | None | | T | Sale | 06/29 | J | D | |
| 191. Chevron Texaco | C | Dividend | M | T | | | | | |
| 192. | | | | | | | | | |
| 193. Allegheny Energy | A | Dividend | | T | Sale | 06/29 | K | E | |
| 194. AT&T - Cmn. | A | Dividend | J | T | | | | | |
| 195. | | | | | | | | | |
| 196. Bell South - Cmn. | C | Dividend | L | T | | | | | |
| 197. DQE Inc. - Cmn. | C | Dividend | L | T | | | | | |
| 198. DTE Energy - Cmn. | C | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. Energy East - Cmn. | D | Dividend | M | T | | | | | |
| 200. | | | | | | | | | |
| 201. Bank America - Cmn. | E | Dividend | O | T | | | | | |
| 202. | | | | | | | | | |
| 203. First UC - Cmn./ Wachovia | C | Dividend | L | T | | | | | |
| 204. | | | | | | | | | |
| 205. PNC Fin. Corp. - Cmn. | C | Dividend | M | T | | | | | |
| 206. 1st Union Tr. Mon. Mkt. | A | Interest | J | T | | | | | |
| 207. | | | | | | | | | |
| 208. BP PLC Sponsored ADR | C | Dividend | M | T | | | | | |
| 209. Exxon/Mobil | D | Dividend | N | T | | | | | |
| 210. Constellation Energy Group Cmn. | B | Dividend | L | T | | | | | |
| 211. | | | | | | | | | |
| 212. Fleet Boston Cmn. | A | Dividend | | T | Merger | 4/06 | N | A | |
| 213. Verizon Cmn. | D | Dividend | M | T | | | | | |
| 214. Schwab Cmn. | B | Dividend | M | T | | | | | |
| 215. Avaya Cmn. | A | Dividend | | T | Sale | 6/29 | J | B | |
| 216. Xcel Energy Cmn. | B | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. Zimmer Holdings Inc. Com. | A | Dividend | | T | Sale | 6/29 | J | D | |
| 218. AT&T Wireless Services Inc. Com. | A | Dividend | | T | Sale | 6/29 | J | C | |
| 219. JP Morgan Chase & Co. Cmn. | D | Dividend | M | T | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |
| 222. Mt. Vernon NYC 4.2 | C | Interest | L | T | | | | | |
| 223. Suffolk Cnty. NY 4.5 | C | Interest | L | T | | | | | |
| 224. NYS Env FDS - 2nd Res-I 4.75 | D | Interest | M | T | | | | | |
| 225. Mt. Vernon NYC 4.0 | A | Interest | K | T | | | | | |
| 226. Amherst 5.0 | C | Interest | M | T | | | | | |
| 227. Triborough Sub 5.00 | D | Interest | N | T | | | | | |
| 228. Metro Trans Auth. 5.00 | C | Interest | L | T | | | | | |
| 229. Metro Trans. Auth. Ded. Tax 5.00 | C | Interest | M | T | | | | | |
| 230. Valhi Inc. - Cmn. | A | Dividend | J | T | | | | | |
| 231. Bank of America Corp (F/K/A Fleet Boston) | A | Dividend | K | T | Merger | 4/06 | K | | |
| 232. St. Paul (F/K/A Travelers Prop. Class A & B) | A | Dividend | K | T | Merger | 4/12 | K | | |
| 233. Syosset NY - Cent. Sch Dist. 4.625 (AFP) | A | Interest | K | T | Buy | 7/07 | K | | |
| 234. Madison Cnty NY 4.375 (AFP) | A | Interest | K | T | Buy | 3/25 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS   -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5 Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 235. Syosset NY - Cent. Sch. Dist. 4.625 (PPE) | C | Interest | M | T | Buy | 7/07 | M | | |
| 236. Freeport NY Ser A 4.500 | C | Interest | L | T | Buy | 2/05 | L | | |
| 237. Madison Cnty NY 4.375 (PPE) | C | Interest | L | T | Buy | 3/25 | L | | |
| 238. Metro Trans Ded. Tax Ser A 5.00 | C | Interest | M | T | Buy | 5/19 | M | | |
| 239. NYS Env. Clean Water Drink 5.00 | C | Interest | M | T | Buy | 8/04 | M | | |
| 240. Albany NY Mun Wtr. Fin Auth. 5.00 | C | Interest | M | T | Buy | 5/07 | M | | |
| 241. NYS Dorm Auth. (St. Univ) 4.500 | C | Interest | L | T | Buy | 10/07 | L | | |
| 242. LI Power Auth. 5.125 | C | Interest | L | T | Buy | 7/10 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Elfvin, John T | 5/12/2005 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____      Date   May 12, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544